No. 712. KYNETTE *v.* CALIFORNIA. March 17, 1941. Petition for writ of certiorari to the Supreme Court of California denied. *Earle E. Kynette, pro se. Messrs. Earl Warren,* Attorney General of California, *Everett W. Mattoon,* Assistant Attorney General, and *Frank Richards,* Deputy Attorney General, for respondent.

No. 721. SCOTT *v.* COHEN. March 17, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Robert Allen Ritchie* for petitioner.

No. 752. SOUTHWESTERN HOTEL Co. *v.* UNITED STATES. March 17, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Thornton Hardie* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *F. E. Youngman* for the United States.

No. 760. MILLER *v.* COMMISSIONER OF INTERNAL REVENUE. March 17, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. J. G. Korner, Jr.* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Arnold Raum,* and *Maurice J. Mahoney* for respondent.

No. 761. CRENSHAW *v.* UNITED STATES. March 17, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. L. E.*